# WESTMORELAND COUNTY.

## March Term, 1798.

### THOMAS GRIER *v.* PATRICK COWAN.

THIS was an action of replevin for fundry articles taken in diftrefs for rent. By the article of leafe for three years, it appeared that the tenant was to pay no rent the firft year, provided he put the dwelling-houfe in fuch order, as will make it convenient for his purpofe, and that the rent for the other two years was to be 30*l. per annum*, in half yearly payments. The rent, for the two laft years, was paid; and the diftrefs was made for rent for the firft year. Some evidence of repairs was given.

It was fuggefted, from the bench, that no definite rent *Co. Lit.* 96. for the firft year being ftipulated; but a kind of perfonal 1 *Wils.* 107. obligation of repairs convenient for the leffee impofed, 2 *Str.* 1238. and the value of the repairs either made or intended being uncertain; the landlord could not know for what amount to diftrain, nor the tenant what fum to tender to relieve his goods.

The defendant's counfel gave up the right of diftraining; but the plaintiff's counfel infifted on proceeding for damages, and got a verdict for 20 dollars.